Honorable James J. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GEORGE W. LIND, | |
| Plaintiff, | CIVIL CASE NO. 2:17-cv-00460-JLR |
| v. | |
| JOHNSON & JOHNSON, and ETHICON, INC, | |
| Defendants. | [PROPOSED] ORDER |

IT IS HEREBY ORDERED this **3RD** day of **May**, 2017 that Plaintiff's Unopposed Motion for a Stay of proceedings is GRANTED.

This matter is STAYED pending the decision of the JPML on the Motion for Transfer pursuant to Pursuant to 28 U.S.C. § 1407.

_____
Honorable James J. Robart

[PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS - 1
Case No. 2:17-cv-00460-JLR